**Opinion filed June 10, 2021**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-21-00020-CV**

_____

## IN THE INTEREST OF T.M., M.M., AND N.M., CHILDREN

---

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CV 18-12-534**

---

## MEMORANDUM OPINION

After the trial court terminated the parental rights of the mother and the father of the children, each parent filed a notice of appeal. The father has now filed in this court a motion to withdraw his appeal. In the motion, the father states that he no longer desires to pursue this appeal. We construe this motion as a request to dismiss the father's appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The father's motion to dismiss is granted, and the appeal is dismissed as to the father only; the appeal remains active with respect to the mother.

June 10, 2021                                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.